UNITED STATES of America,
Plaintiff—Appellee,

v.

Dennis BONILLA–GUZMAN,
Defendant—Appellant.

No. 03–30369.

United States Court of Appeals, Ninth Circuit.

Submitted: Sept. 13, 2004.*

Decided: Nov. 2, 2005.

J. Tate London, USSE—Office of the U.S. Attorney, Seattle, WA, Plaintiff—Appellee.

Kenneth W. Sharaga, Esq., Seattle, WA, for Defendant—Appellant.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: PREGERSON, HAWKINS, and GRABER, Circuit Judges.

ORDER and MEMORANDUM **

The panel has voted to grant the petition for panel rehearing.

The Memorandum Disposition filed on October 6, 2004, is WITHDRAWN and replaced with the following Memorandum Disposition:

Dennis Bonilla–Guzman appeals his 70–month sentence imposed after his guilty-plea conviction for conspiracy to distribute cocaine, in violation of 21 U.S.C. §§ 841(a), (b)(1)(B), and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.